# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**CLARENCE WARREN,**
**ADC #138815**                                                                                          **PLAINTIFF**

**V.**                                       **3:10CV00320 BRW**

**CHARLES ELLIS, et al.**                                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE. This dismissal counts as a strike for purposes of 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis appeal* of this dismissal would be frivolous and not taken in good faith.

IT IS SO ORDERED this 1st day of February, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE